# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 13-30785
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

July 22, 2014

Lyle W. Cayce
Clerk

PAUL PIRO,

Plaintiff-Appellant

v.

NEXSTAR BROADCASTING, INCORPORATED;
GUARDIAN LIFE INSURANCE COMPANY OF AMERICA,

Defendants-Appellees

No. 13-30832
Summary Calendar

PAUL PIRO,

Plaintiff-Appellee,

v.

GUARDIAN LIFE INSURANCE COMPANY OF AMERICA;
NEXSTAR BROADCASTING, INCORPORATED,

Defendants-Appellants

Appeals from the United States District Court
for the Western District of Louisiana
USDC No. 3:11-CV-2049

No. 13-30785 c/w 13-30832

Before WIENER, OWEN, and HAYNES, Circuit Judges.

PER CURIAM:*

AFFIRMED. See Rule 47.6.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

2